# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ARMANDO ROMERO-RAMIREZ, Defendant. | CASE NO. 17CR2725 WQH <br> JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY ORDERED that the motion to dismiss the indictment with prejudice filed by the Plaintiff United States of America (ECF No. 30) is granted. This action is dismissed with prejudice.

DATED: October 13, 2017

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge